UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KISHORE KUMAR REDDY DUDDEKUNTA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID PEKOSKE, *et al.* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 21-238 (JEB) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Michael A. Tilghman II as counsel for Defendants in the above captioned case.

Dated: March 5, 2021
Washington, DC

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  */s/ Michael A. Tilghman II*
MICHAEL A. TILGHMAN II
D.C. Bar #988441
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7113
Michael.Tilghman@usdoj.gov

*Attorneys for the United States of America*