UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KISHORE KUMAR REDDY DUDDEKUNTA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID PEKOSKE, *et al.* <br><br> Defendants. | Civil Action No. 21-238 (JEB) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' unopposed motion to transfer and extend, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED;

ORDERED that the Clerk of the Court shall transfer this action to the United States District Court for the Northern District of California; and it is further

ORDERED that Defendants' time to respond to the complaint is extended through, and including, the latter of (i) 21 days after this action is docketed in the transferee district, or (ii) April 5, 2021, the current deadline for Defendants' response to the Complaint.

SO ORDERED:

_____                    _____
Date                                                                      JAMES E. BOASBERG
                                                                                  United States District Judge