AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-238-JEB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* US ATTORNEY
was received by me on *(date)* 01/28/2021 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* ON 02/02/2021 VIA USPS CERTIFIED MAIL AT:
US ATTORNEY, ATTN: CIVIL PROCESS CLERK
555 4TH STREET NW
WASHINGTON DC 20530

My fees are $ _____ for travel and $ _____ for services, for a total of $ 11.55 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/12/2021

/s/ hashim g. jeelani
*Server's signature*

HASHIM G. JEELANI, ATTORNEY
*Printed name and title*

28411 NORTHWESTERN HWY, SUITE 875
SOUTHFIELD, MI 48034

*Server's address*

Additional information regarding attempted service, etc:

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL…

# USPS Tracking®

FAQs >

Track Another Package +

Remove ✕

**Tracking Number:** 70192970000232526614

Your item was delivered at 5:08 am on February 2, 2021 in WASHINGTON, DC 20530.

## ✓ Delivered

February 2, 2021 at 5:08 am
Delivered
WASHINGTON, DC 20530

Feedback

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∧

**February 2, 2021, 5:08 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 5:08 am on February 2, 2021 in WASHINGTON, DC 20530.

**February 1, 2021, 10:24 am**
Available for Pickup
WASHINGTON, DC 20530

**February 1, 2021, 7:15 am**
Arrived at Unit
WASHINGTON, DC 20018

**February 1, 2021, 4:32 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**February 1, 2021, 4:15 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**February 1, 2021, 2:33 am**
Departed USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

**January 31, 2021, 4:45 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

**January 31, 2021, 12:05 am**
Arrived at USPS Facility
HYATTSVILLE, MD 20785

**January 30, 2021, 5:53 am**
Departed USPS Regional Facility
ELK GROVE VILLAGE IL DISTRIBUTION CENTER

**January 30, 2021, 12:44 am**
Arrived at USPS Regional Origin Facility
ELK GROVE VILLAGE IL DISTRIBUTION CENTER

**January 29, 2021, 6:38 pm**
Departed Post Office
VERNON HILLS, IL 60061

**January 29, 2021, 4:15 pm**
USPS in possession of item
VERNON HILLS, IL 60061

Feedback



Product Information ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback